No. 657. CAMP BROTHERS & COMPANY *v.* PORTABLE WAGON DUMP & ELEVATOR COMPANY. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of

Appeals for the Seventh Circuit denied. *Mr. Albert H. Graves* for petitioner. *Mr. H. H. Bliss* for respondent.